Howard Grobstein
9363 Magnolia Avenue
Riverside, CA 92503
Tel: (951) 234-0951
Fax: (951) 977-8200
Email: hbgtrustee@gtllp.com
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>ROBERT M. SAVAGE and KAYLEE R. SAVAGE<br><br><br>Debtors. | Case No. 6:22-bk-13586-MH<br><br>Chapter 7<br><br>NOTICE OF TRUSTEE'S INTENTION TO ABANDON ESTATE PROPERTY PURSUANT TO 11 U.S.C. § 554 (a) AND LOCAL BANKRUPTCY 6007-1<br><br>[No Hearing Required] |

**TO THE HONORABLE MARK HOULE, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE AND ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that pursuant to 11 pursuant to 11 U.S.C. § 554 (a) and Local Bankruptcy Rule 6007-1, Howard Grobstein, the duly appointed Chapter 7 Trustee herein (the "Trustee"), intends to abandon the estate's interest of the following described real and/or personal property as burdensome and of inconsequential value to the estate.

The Trustee intends to abandon the following:

| | Scheduled Value | Trustee's Estimate of Value | Scheduled Encumbrance | Debtor's Exemption Claim |
|---|---|---|---|---|
| 1 handgun | 900.00 | 900.00 | 0.00 | 900.00 |

Pursuant to Local Bankruptcy Rule 6007-1, any objection and request for hearing must be filed and served on the undersigned not more than 17 days after service of this notice.  If no request for hearing is timely filed and served, the Trustee will be deemed to have abandoned any interest in the Real Property 17 days from the date of mailing of this Notice, which date is noted below.  No Court order will be required for the abandonment to be effective.

If a timely objection and request for hearing is filed and served, the Trustee shall, within 21 days from the date of service of the response and request for hearing, schedule and give not less than 14 days' notice of a hearing to those responding and to the United States Trustee. The proceedings in such matters will be governed by Local Bankruptcy Rule 9013-1(o).

Dated: November 1, 2022                /s/ Howard Grobstein
                                        Howard Grobstein, Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

9363 Magnolia Avenue, Riverside, CA 92503

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF TRUSTEE'S INTENTION TO ABANDON ESTATE PROPERTY PURSUANT TO 11 U.S.C. § 554 (a) AND LOCAL BANKRUPTCY 6007-1** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On November 1, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| David L. Nelson | davidnelsonattorney@gmail.com |
| Howard B Grobstein | hbgtrustee@gtfas.com, C135@ecfcbis.com |
| United States Trustee | ustpregion16.rs.ecf@usdoj.gov |

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On November 1, 2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | |
|---|---|
| **Debtors via U.S. Mail**<br>Robert M Savage<br>Kaylee R Savage<br>29168 Eldorado Way<br>Canyon Lake, CA  92587 | **Judge's Copy – Via US Mail**<br>Hon. Mark Houle<br>US Bankruptcy Court<br>3420 Twelfth Street<br>Riverside, CA 92501 |

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/1/2022 | WENDI A. CARRANZA | /s/ WENDI A. CARRANZA |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |